(2) Veltruski–Heck's motion for reconsideration is granted.

(3) The July 21, 2004 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(4) DHS' brief is due within 21 days of the date of filing of this order.

(5) The revised official caption is reflected above.

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

**Porfirio R. CHAN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 04–3383.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2004.

Kent G. Huntington, Principal Attorney, Robert E. Kirschman, Jr., David M. Cohen, of Counsel Attorneys, Washington, DC, for Respondent.

Porfirio R. Chan, of Counsel Attorney, Zambales, Philippines, for Petitioner.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

**James H. LUONGO, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 04–3289.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2004.

David B. Stinson, Principal Attorney, Todd M. Hughes, David M. Cohen, of Counsel Attorneys, Washington, DC, for Respondent.

Michael J. Zicolello, Principal Attorney, Schemery Zicolello, Williamsport, PA, for Petitioner.

ON MOTION

CLEVENGER, Circuit Judge.

*ORDER*

James H. Luongo submits a "motion for extension nunc pro tunc," which the court treats as a motion for reconsideration of the court's August 27, 2004 order dismiss-